UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HART,<br>Plaintiff,<br>v.<br>FRANCIS VARGES QUINNTILLIAN, et al.,<br>Defendants. | Case No. 26-cv-05495-RFL<br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br>Re: Dkt. No. 7 |

The Court has reviewed *de novo* Magistrate Judge Lisa J. Cisneros's Report and Recommendation to dismiss this action (Dkt. No. 7), and has reviewed the complaint (Dkt. No. 1), the order to show cause (Dkt. No. 4), and the docket generally. The deadline to object to the Report and Recommendation has passed, and Plaintiff has not filed an objection. The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: August 14, 2026

RITA F. LIN
United States District Judge